

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00087-CR

_____

JAMIE LEE COKER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 32986-A

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

# MEMORANDUM OPINION

Jamie Lee Coker appeals from his conviction of intoxication assault and sentence of ten years' imprisonment. Coker has filed a single brief, in which he raises issues common to all of his appeals.[1] He argues that (1) the waiver of his right to a jury trial and the stipulations of evidence entered by him were involuntary, (2) the trial court erred in failing to reinstate the right to a jury trial and in allowing the use of his stipulations of evidence, and (3) the trial court erred in admitting "various State's exhibits" over objections to their admissibility, including hearsay, Confrontation Clause, Fifth Amendment, and Texas Code of Criminal Appeals Article 33.22 objections.

We addressed these issues in detail in our opinion of this date on Coker's appeal in cause number 06-12-00084-CR. For the reasons stated therein, we, likewise, conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Jack Carter
Justice

Date Submitted:     June 18, 2013
Date Decided:     June 19, 2013

Do Not Publish

---

[1]Coker also appeals two convictions of intoxication manslaughter, one resulting in a sentence of twenty years' imprisonment in our cause number 06-12-00084-CR, the other resulting in thirty years' imprisonment in our cause number 06-12-00085-CR, and two other convictions for intoxication assault, each resulting in sentences of ten years' imprisonment in our cause numbers 06-12-00086-CR and 06-12-00088-CR.